[No. 23033-6-I.   Division One.   October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY E. STARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-01307-8, Peter K. Steere, J., entered September 29, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 21512-4-I.   Division One.   October 30, 1989.]

DORALEA JANICE BROWN, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-2-05672-6, Nancy A. Holman, J., entered December 7, 1987. *Reversed* by unpublished per curiam opinion.

[No. 22340-2-I.   Division One.   October 30, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-02042-4, R. Joseph Wesley, J., entered May 11, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Scholfield, J.